UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANE CHARLIE TOM,<br><br>　　　　　　　Petitioner,<br>v.<br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:24-cv-00396-MMD-CLB<br><br>ORDER |

　　　Petitioner Lane Charlie Tom seeks an extension of time to file his first amended habeas petition. (ECF No. 17 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and thus that good cause exists to grant the Motion.

　　　It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 17) is granted. Petitioner has until August 19, 2025, to file his first amended petition.

　　　DATED THIS 13th Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE