UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LANE CHARLIE TOM, <br> Petitioner, <br> v. <br> JOHN HENLEY, *et al.*, <br> Respondents. | Case No. 3:24-cv-00396-MMD-CLB <br><br> ORDER |

Petitioner Lane Charlie Tom seeks an extension of time to file his First Amended Petition. (ECF No. 21.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Tom's third unopposed motion to extend (ECF No. 21) is granted. Petitioner has until January 16, 2026 to file his First Amended Petition.

DATED THIS 18th Day of December, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE