# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANE CHARLIE TOM, | Case No. 3:24-cv-00396-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their motion to dismiss. (ECF No. 25.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 25) is granted. Respondents have until June 1, 2026 to file their motion to dismiss.

DATED THIS 7th Day of May 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE